United States District Court
Southern District of Texas
**ENTERED**
July 28, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| EPHREM EYOB, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION H-16-1688 |
| | § | |
| MITSUBISHI CATERPILLAR FORKLIFT AMERICA INC., | § | |
| | § | |
| *Defendant*. | § | |

# FINAL JUDGMENT

Pursuant to the order entered on this date, defendant Mitsubishi Caterpillar Forklift America Inc.'s motion for summary judgment (Dkt. 21) is GRANTED. All of plaintiff Ephrem Eyob's claims are DISMISSED WITH PREJUDICE. Judgment is ENTERED in favor of the defendant.

This is a FINAL JUDGMENT.

Signed at Houston, Texas on July 28, 2017.

_____
Gray H. Miller
United States District Judge